58 A.3d 753

Susan OCTAVE On Behalf of James OCTAVE,
an incapacitated Person, and Susan
Octave, Petitioners,

v.

David Wade WALKER and Commonwealth of Pennsylvania,
Department of Transportation, Respondents.

Supreme Court of Pennsylvania.

Dec. 27, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Given the [petitioners] do not explicitly waive the protections of 50 P.S. § 7111, given the [petitioners'] Amended Complaint does not allege injuries to mental health, given the [respondents] raise the question of mental health and seek the [petitioner's] pre-collision mental health records, and given the [respondents'] claim of mental health relies exclusively on the conclusions of a third party, did the [petitioners] put mental health at issue and impliedly waive the protections of 50 P.S. § 7111 though the act of filing the within lawsuit?